IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERMAINE MITCHELL, #205893, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:11-cv-1101-TMH |
| | ) WO |
| SCOTT ROUSE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This cause is before the Court on the plaintiff's Objection to Magistrate's Order (Doc. #23) filed on April 25, 2012. Specifically, plaintiff objects to the Magistrate Judge's order of April 17, 2012 (Doc. #22) directing the plaintiff to file a response to the defendants' special report. After an independent review of the Magistrate Judge's order and the plaintiff's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that plaintiff's objection (Doc. #23) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 30th day of April, 2012.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE